

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00523-CV

**IN THE INTEREST OF A.H. III**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01990
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED January 25, 2023.

_____
Lori I. Valenzuela, Justice